**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

No. 98-30938

CALVIN GEYEN, JR.,

Plaintiff-Appellant,

VERSUS

KENNETH S. APFEL; COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

Appeal from the United States District Court
for the Western District of Louisiana
(97-CV-1284)

November 8, 1999

Before DAVIS and JONES, Circuit Judges, and LEMELLE[1], District Judge.

PER CURIAM:[**]

After reviewing the record, along with the briefs of the parties, we are satisfied that the Commissioner's findings are supported by substantial evidence. Accordingly, the judgment of the district court is

AFFIRMED.

---

[1] District Judge of the Eastern District of Louisiana sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.